FILED

JUN 2 3 2026

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION (PLANO)

**FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT,**

**TRUTH IN CALLER ID ACT, AND TEXAS BUSINESS & COMMERCE CODE § 305.053**

JOHNNIE WILKINSON,

Plaintiff,

v.

AMERICAN-AMICABLE LIFE INSURANCE COMPANY OF TEXAS;

and JOHN DOES 1–100,

Defendants.

Civil Action No. 4:26-cv-00688-SDJ-AGD

**JURY TRIAL DEMANDED**

## I. INTRODUCTION

Plaintiff Johnnie Wilkinson ("Plaintiff"), proceeding pro se, brings this action against Defendant American-Amicable Life Insurance Company of Texas and John Does 1–100 ("Defendants"), for

violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA"), the Truth in Caller ID Act, 47 U.S.C. § 227(e), and the Texas Business & Commerce Code § 305.053, arising from Defendants' campaign of unlawful telemarketing calls to Plaintiff's telephone number.

## II. PARTIES

1. Plaintiff Johnnie Wilkinson is a natural person and resident of the State of Texas, residing at 2300 Kathryn Lane, #3515, Plano, Texas 75025.

2. Defendant American-Amicable Life Insurance Company of Texas is an insurance company doing business in the State of Texas and throughout the United States, with its principal place of business at 425 Austin Ave, Waco, Texas 76701. Defendant may be served through its Chief Legal Counsel, Amber L. Adams, at 425 Austin Ave, Waco, Texas 76701.

3. Defendants John Does 1–100 are unknown individuals and entities responsible for placing, directing, facilitating, or benefiting from the unlawful telemarketing calls described herein, including but not limited to lead generators, aggregators, publishers, call centers, and downstream vendors operating within Defendants' marketing ecosystem. The true names and identities of John Does 1–100 are presently unknown to Plaintiff and will be identified through discovery, including subpoena of carrier records maintained by AT&T's Global Legal Demand Center.

## III. JURISDICTION AND VENUE

4. This Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331, as this action arises under the Telephone Consumer Protection Act, 47 U.S.C. § 227, and the Truth in Caller ID Act, 47 U.S.C. § 227(e).

5. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because Plaintiff resides in this District and a substantial part of the events giving rise to the claims occurred in this District.

## IV. FACTUAL ALLEGATIONS

6. Plaintiff's telephone number, 972-467-1061, has been continuously registered on the National Do Not Call Registry since 2004 — over twenty years.

7. Beginning on or about January 2026, and continuing through the present date, Plaintiff has received repeated unsolicited telemarketing calls to his telephone number promoting insurance products offered by or associated with Defendants. The specific dates, times, and originating numbers for each call will be produced during discovery.

8. On May 16, 2026, at approximately 3:10 p.m., Plaintiff received a call from telephone number 210-272-0154 in which Defendants' agent expressly identified American Amicable Life Insurance Company as the insurance carrier being offered and quoted Plaintiff specific policy terms, including $9,000 of coverage at a monthly premium of $42.62, $12,000 of coverage at a monthly premium of $55.94, and $15,000 of coverage at a monthly premium of $69.27.

9. Plaintiff recorded this call in its entirety. This recording directly attributes the telemarketing conduct described herein to Defendants.

10. Additional calls followed a substantially similar scripted pattern promoting Defendants' insurance products.

11. Plaintiff never provided prior express written consent to receive telemarketing calls from Defendants, their agents, or their marketing vendors.

12. AT&T's Global Legal Demand Center has confirmed preservation of call detail records, SIP headers, STIR/SHAKEN attestation data, and traceback information associated with all inbound calls to 972-467-1061 (AT&T GLDC File Code 4553195), all of which are subject to subpoena.

13. Plaintiff notified Defendants of these violations through a written pre-litigation demand letter. Defendants denied liability through their representative and declined to resolve the matter.

## V. CLAIMS FOR RELIEF

### COUNT I — TELEPHONE CONSUMER PROTECTION ACT (47 U.S.C. § 227)

14. Plaintiff incorporates all preceding paragraphs by reference.

15. Defendants violated the TCPA by placing, or causing to be placed, unsolicited telemarketing calls to Plaintiff's telephone number, which is registered on the National Do Not Call Registry, without Plaintiff's prior express written consent, using an automatic telephone dialing system and/or an artificial or prerecorded voice.

16. Each call constitutes a separate violation of the TCPA, carrying statutory damages of $500.00 per violation, trebled to $1,500.00 per violation for knowing or willful conduct.

### COUNT II — TRUTH IN CALLER ID ACT (47 U.S.C. § 227(e))

17. Plaintiff incorporates all preceding paragraphs by reference.

18. Defendants, through their agents and vendors, transmitted misleading and inaccurate caller identification information in connection with each call, in violation of the Truth in Caller ID Act.

19. Each spoofed call constitutes a separate violation carrying civil penalties of up to $10,000.00 per violation.

### COUNT III — TEXAS BUSINESS & COMMERCE CODE § 305.053

20. Plaintiff incorporates all preceding paragraphs by reference.

21. Defendants' conduct constitutes violations of the Texas Business & Commerce Code § 305.053, entitling Plaintiff to additional state statutory damages independent of federal remedies.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff Johnnie Wilkinson respectfully requests that this Court:

a. Award Plaintiff statutory damages of $500.00 per violation under the TCPA, trebled to $1,500.00 per violation for knowing or willful conduct;

b. Award Plaintiff civil penalties of up to $10,000.00 per violation under the Truth in Caller ID Act;

c. Award Plaintiff additional damages under Texas Business & Commerce Code § 305.053;

d. Issue a permanent injunction prohibiting Defendants from placing further calls to Plaintiff's number;

e. Award such other and further relief as the Court deems just and proper.

## VII. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

**Johnnie Wilkinson**
Plaintiff, Pro Se
2300 Kathryn Lane, #3515
Plano, Texas 75025
972-467-1061
wilkinsonjohnnie@yahoo.com

Date: 6-23-2024